ACCEPTED
06-15-00067-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/8/2015 4:59:20 PM
DEBBIE AUTREY
CLERK

Appellate Docket Number: 06-15-00067-CR

Appellate Case Style: Style: Brendan Xavier Douglas

Vs. State of Texas

Companion Case:

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

5/11/2015 8:07:00 AM

DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Brendan | ☒ Lead Attorney |
| Middle Name: Xavier | First Name: Hough-Lewis |
| Last Name: Douglas | Middle Name: |
| Suffix: | Last Name: Dunn |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed   ☐ District/County Attorney |
| Pro Se: ○ | ☐ Retained   ☐ Public Defender |
| | Firm Name: Law Offices of Lew Dunn |
| | Address 1: P.O. Box 2226 |
| | Address 2: |
| | City: Longview |
| | State: Texas   Zip+4: 75606 |
| | Telephone: 903-757-6711   ext. |
| | Fax: 903-757-6712 |
| | Email: dunn@texramp.net |
| | SBN: 06244600 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☒ No

Amount of Bond:

Pro Se: ○

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Zan

Middle Name: Colson

Last Name: Brown

Suffix:

☐ Appointed  ☒ District/County Attorney
☐ Retained  ☐ Public Defender

Firm Name: Criminal District Attorney of Gregg County

Address 1: 101 East Methvin, Suite 333

Address 2:

City: Longview

State: Texas  Zip+4: 75601

Telephone: 903-236-8440  ext.

Fax: 903-236-3701

Email: zan.brown@co.gregg.tx.us

SBN: 03205900

Add Another Appellee/Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Homicide

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: May 1, 2015

Offense charged: Capital Murder (non death penalty)

Date of offense: May 12, 2012

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?
☒ Yes  ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: May 5, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: Life without Parole

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?
☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☐ Yes ☒ No  If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No  If yes, date filed:

Other: ☐ Yes ☐ No  If yes, date filed:

If other, please specify: Counsel anticipates filing Motion for New Trial in the next few weeks.

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☒ No ☐ NA  If yes, date filed:

Date of hearing:  ☐ NA

Date of order:  ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA  If granted or denied, date of ruling: May 1, 2015

## VIII. Trial Court And Record

**Court:** 124th District Court

**County:** Gregg County

**Trial Court Docket Number (Cause no):** 41,780-B

**Trial Court Judge (who tried or disposed of the case):**

**First Name:** Alfonso

**Middle Name:**

**Last Name:** Charles

**Suffix:**

**Address 1:** 101 E. Methvin, Fourth Floor

**Address 2:**

**City:** Longview

**State:** Texas  **Zip + 4:** 75601

**Telephone:** 903-236-1765  **ext.**

**Fax:** 903-236-0747

**Email:** terri.shepherd@co.gregg.tx.us

**Clerk's Record:**

**Trial Court Clerk:** ☒ District  ☐ County

**Was clerk's record requested?** ☒ Yes ☐ No

If yes, date requested: May 8, 2015

If no, date it will be requested:

**Were payment arrangements made with clerk?**

☐ Yes ☐ No ☒ Indigent

---

**Reporter's or Recorder's Record:**

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: May 5, 2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter  ☐ Court Recorder
☐ Official  ☐ Substitute

**First Name:** Tina

**Middle Name:**

**Last Name:** Campbell

**Suffix:**

**Address 1:** 101 E. Methvin, Fourth Floor

**Address 2:**

**City:** Longview

**State:** Texas  **Zip + 4:** 75601

**Telephone:** 903-236-3133  **ext.**

**Fax:** 903-236-0747

**Email:**

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [ ]                                          Court: [ ]

Style: [ ]

     Vs.     State of Texas

## X. Signature

*Hough-Lewis Dunn*

Signature of counsel (or Pro Se Party)                      Date: May 8, 2015

*Hough-Lewis Dunn*                                          State Bar No: 06244600

Printed Name:

Electronic Signature: [ ]                                   Name: Hough-Lewis ("Lew") Dunn
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on May 8, 2015 .

*Hough-Lewis Dunn*

Signature of counsel (or pro se party)                      Electronic Signature: [ ]
    (Optional)

                                         State Bar No.:   06244600

Person Served: *Zun Colson Brown*

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:
        (1) the date and manner of service;
        (2) the name and address of each person served, and
        (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: May 8, 2015

Manner Served: Email

First Name: Zan

Middle Name: Colson

Last Name: Brown

Suffix:

Law Firm Name: Criminal District Attorney, Gregg County

Address 1: 101 E. Methvin, Suite 333

Address 2:

City: Longview

State Texas                    Zip+4: 75601

Telephone: 903-236-8440          ext.

Fax: 903-236-3701

Email: zan.brown@co.gregg.tx.us